

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00305-CV

NEAL MAC, LLC, N SYNC
PROPERTY MANAGEMENT, LLC,
STEVEN NEAL AND TOBI NEAL

APPELLANTS

V.

CHRISTIE PERRY AND SHAWN
DVORACEK

APPELLEES

------------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Agreed Motion To Dismiss Appeal," which is not opposed. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:   WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  September 26, 2013